FILED

06/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0147

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court No. 24-0147

_____

PLANNED PARENTHOOD OF MONTANA and SAMUEL DICKMAN, M.D., on behalf of themselves and their patients,

    Plaintiffs and Appellees,

    v.

STATE OF MONTANA, by and through AUSTIN KNUDSEN, in his official capacity as Attorney General,

    Defendant and Appellant.

_____

On Appeal from the Montana Thirteenth Judicial District Court, Yellowstone County, Cause No. DV-21-00999, Hon. Kurt Krueger Presiding

_____

**ORDER GRANTING UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE ANSWER BRIEF**

In consideration of *Appellees' Unopposed Motion for Extension of Time to File Answer Brief*, there being no objection, and good cause appearing, the motion is GRANTED and IT IS HEREBY ORDERED that the answer brief of Appellees Planned Parenthood of Montana and Samuel Dickman, M.D. shall be filed on or before July 29, 2024.

ELECTRONICALLY SIGNED AND DATED BELOW.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 6 2024